[No. 32921-9-I.    Division One.    January 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PATRICK GROPPER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-01172-5, John F. Wilson, J., entered

May 14, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, A.C.J., and Webster, J. Now published at 76 Wn. App. 882.